UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

BASF CORPORATION,

      Plaintiff,                                    Case No. 3:25-cv-251

vs.

NORTH DIXIE AUTO BODY LLC         District Judge Michael J. Newman
*doing business as*                           Magistrate Judge Peter B. Silvain, Jr.
NORTH DIXIE AUTO BODY,

      Defendant.

_____

## ORDER TO SHOW CAUSE
_____

Plaintiff in this civil breach-of-contract case recently filed a motion for default judgment against Defendant North Dixie Auto Body LLC d/b/a North Dixie Auto Body.  Doc. No. 9.  Upon review of the record, including the complaint and the contract at issue, it appears that this action may not be properly pending in this Court.

According to the parties' contractual agreement, they submitted to the jurisdiction of the court(s) located in Oakland County, Michigan, not Dayton, Ohio.  *See* Doc. No. 9-2 at PageID 64.  This potentially renders the case not properly pending in this Court.  Because the Southern District of Ohio may be an improper forum under the agreement, the Court **ORDERS** Plaintiff to show cause on or before **October 15, 2025** why this case should not be dismissed without prejudice to refiling.  In the event counsel for Defendant filed a notice of appearance, Defendant may, but is not required, to file a memorandum in response to Plaintiff's show cause response on or before **October 29, 2025**.

      **IT IS SO ORDERED.**

2

September 26, 2025   s/*Michael J. Newman*
 Hon. Michael J. Newman
 United States District Judge