UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

BASF CORPORATION,

    Plaintiff,

vs.

NORTH DIXIE AUTO BODY LLC
*doing business as*
NORTH DIXIE AUTO BODY

    Defendant.

Case No. 3:25-cv-251

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

### ORDER:  GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
### (Doc. No. 9)

---

This civil case was filed on July 21, 2025.  The docket reflects that Defendant North Dixie Auto Body LLC *d/b/a* North Dixie Auto Body was served on July 30, 2025, establishing an answer date of August 20, 2025.  Doc. No. 6.  To date, Defendant has not answered and, therefore, it appears Defendant is in default.

When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided in the Federal Rules of Civil Procedure, and that fact is made to appear by affidavit or otherwise, the Clerk shall enter the party's default.  *See* Fed. R. Civ. P. 55(a).  Plaintiff filed an application to the Clerk for entry of default against Defendant on August 25, 2025 (Doc. No. 7), and the Clerk of Court put on an entry of default the same day (Doc. No. 8).  Plaintiff then filed a motion for default judgment.  Doc. No. 9.

After review of the Plaintiff's response to the Court's order to show cause (Doc. Nos. 10, 11), the Court agrees that jurisdiction is proper in this Court.  Therefore, having reviewed the

record in its entirety, the Court hereby **GRANTS** Plaintiff's motion for a default judgment.  Doc. No. 9.

It is **ORDERED, ADJUDGED, AND DECREED** that: default judgment is hereby **ENTERED** against Defendant North Dixie Auto Body LLC *d/b/a* North Dixie Auto Body and in favor of Plaintiff BASF Corporation in the amount of $205,509.06, consisting of:

1. $20,400.00, representing the return of 100% of the Contract Fulfillment Consideration;

2. $184,609.06, representing the balance due and owed under the Minimum Purchases requirement; and

3. $500.00, representing the fees associated with the filing of the Complaint and service of process.

**IT IS SO ORDERED.**

November 18, 2025                           s/*Michael J. Newman*
                                            Hon. Michael J. Newman
                                            United States District Judge